*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HOLIFIELD, HACKEL, and MCCOY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Micah D. WILKES**
Fire Controlman Seaman (E-3), U.S. Navy
*Appellant*

**No. 202200096**

_____

Decided: 27 September 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Jonathan T. Stephens

Sentence adjudged 20 December 2021 by a general court-martial convened at Naval Station Great Lakes, Illinois, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for eight months, and a bad-conduct discharge.[1]

For Appellant:
*Commander Kyle C. Kneese, JAGC, USN*

---

[1] The convening authority waived automatic forfeitures of all pay and allowances for a period of six months for the benefit of Appellant's wife.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.